No. 1373.   Smith *v.* United States.   June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   *Sol C. Berenholtz* for petitioner.   *Acting Solicitor General Washington, Assistant Attorney General Ford* and *Oscar H. Davis* for the United States.

No. 1380.   Young *v.* Territory of Hawaii.   June 16, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Fred Patterson* for petitioner.

No. 1386.   John Hancock Mutual Life Insurance Co. *v.* Gaunt, Administratrix.   June 16, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Wallace W. Brown* for petitioner.   *Hugh M. Alcorn* for respondent.

No. 1392.   Christiansen et al. *v.* Christiansen. June 16, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Percy W. Phillips* for petitioners.   *James F. Gray* for respondent.

No. 1394.   Lowrey *v.* United States.   June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *C. Floyd Huff, Jr.* for petitioner.   *Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.